Jack D. Chalmers, Respondent, v. Thomas E. Lauback, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Rich and Miller, JJ., concurred.

Elizabeth Charles, Respondent, v. Kate Nickerson and Others, Defendants, Impleaded with Nellie Y. Nickerson, Appellant.— Order modified so as to limit the examination to those matters specified in the affidavit of the plaintiff and designated as first, second, third and fourth respectively and as so modified affirmed, without costs, on the authority of *Shonts* v. *Thomas* (116 App. Div. 854); *Cherbuliez* v. *Parsons* (123 id. 814), and *Richards* v. *Whiting* (127 id. 208). Woodward, Jenks, Burr and Rich, JJ., concurred; Thomas, J., taking no part.

William M. Dean, Appellant, v. Edward Hornbostel, Respondent, Impleaded with Johanna Hornbostel, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Burr, Rich and Miller, JJ., concurred; Hirschberg, P. J., dissented.

Thomas F. Duffy, Respondent, v. Thomas F. Shirden and Others, Defendants, Impleaded with Emma D. Packard, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Miller, JJ., concurred.

Aaron M. Goodman, Respondent, v. Thomas G. Casey, Appellant. (Appeal No. 1.) — Order modified by reducing the amount of bail to the sum of $2,500, and as so modified affirmed, without costs. No opinion. Woodward, Burr, Rich and Miller, JJ., concurred; Hirschberg, P. J., voted to dismiss the appeal on the ground that the order appealed from does not appear in the record.

In the Matter of the Petition of Maynard N. Clement, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 7,750, Issued to George Asemacopoulos, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Miller, JJ., concurred.

In the Matter of the Probate of the Last Will and Testament of Virgilio Del Genovese, Deceased. Guiseppe Del Genovese, Appellant; Fidalma Del Genovese and Francisca Del Genovese, Respondents.— Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ., concurred.

In the Matter of the Summary Proceedings Brought by Joseph Mayhew, Appellant, v. Edwin D. Boldman, Respondent.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

In the Matter of the Summary Proceedings Brought by Joseph Mayhew, Respondent, v. Edwin D. Boldman, Appellant. (Proceeding No. 1.) — Final order of the Municipal Court reversed and new trial ordered, costs to abide the event, upon the ground that the decision is against the weight of the evidence. Woodward, Jenks and Rich, JJ., concurred; Burr, J., voted to reverse upon the ground that the petitioner failed to prove any agreement for the letting by him to the tenant either at the date mentioned in the petition or at any other time. Miller, J., voted to affirm.